| | |
|---|---|
| U.S. DISTRICT COURT<br>WESTERN DISTRICT OF<br>PENNSYLVANIA_____<br><br>N.W.<br><br>        Plaintiff,<br><br>      -against-<br><br>UNIVERSITY OF PITTSBURGH<br><br>        Defendant. | DOCKET NO. 2:20-cv-1964<br><br>CIVIL<br><br>NOTICE OF ORDER TO SHOW CAUSE<br><br>**LETTER TO JUDGE ABOUT EMERGENCY PRELIMINARY INJUNCTIVE RELIEF IN STATE COURT** |

I had a hearing on December 15, 2020 remotely (video-conference) in the Court of Common Pleas of the State of Pennsylvania, County of Allegheny. The judge, Hon. Philip A. Ignelzi, noted at the onset that he would respect the laws of the Commonwealth of Pennsylvania despite his past association with the Defendant. However, the hearing and follow-up communications conveyed another reality. I did not even mention my deeply held belief system which is akin to religious belief that demands mutual respect and fairness regardless of status or title. I did not mention this because one who pursue judicial intervention expects a judge to interpret the law alongside the case-laws and the factual allegations. The ruling essentially noted that the request was denied. There was not even a sentence to describe the basis of the denial in law, in case-law, and/or factual allegation. The judge also made a few misinterpretations of the law undermining my argument and he was even corrected by the Defendant's attorney on a few occasions. One of the final misinterpretations of the law was that I should have provided evidence at the prima facie stage. From prior engagement in other Courts, I know this to be false; hence, the reason I provided sufficient factual allegations supporting my cause of actions despite having evidence. Evidences are meant to be presented later in the Court proceedings. The Plaintiff had Title VI has one of his causes of actions so remands his case to this Court for further deliberation. The Plaintiff has *completed* CM/ECF training at SDNY and obtained a certificate after the training. The Plaintiff currently has CM/ECF privilege in SDNY and EDNY. The Plaintiff kindly ask the Court to allow the Plaintiff to commence the case via efiling (CM/ECF), remand the Complaint, provide Emergency Preliminary Injunctive Relief, and exercise its judicial authority to provide any other reliefs that are just and reasonable.

Dated: Allegheny, Pennsylvania  
December 17, 2020

BY: N.W. , Pro Se  
/S/

nw0354271@gmail.com

CC:  
Mariah Passarelli  
One Oxford Centre,  
301 Grant Street 41st Floor  
Pittsburgh, PA 15219  
**Email: MPassarelli@cozen.com**  
*Attorney for Defendant University of Pittsburgh*

2